STATE of Missouri, Respondent,

v.

Charles PARKER, Appellant.

Nos. WD 48615, WD 50417.

Missouri Court of Appeals,
Western District.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1996.

Application to Transfer Denied
March 26, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Charles Parker appeals his convictions for murder in the first degree, § 565.020, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, and the denial of his Rule 29.15 motion for post-conviction relief. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 30.25(b) and Rule 84.16(b).